UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

Case No.: 26-cv-05347 (LGD)

DIANE L. SAMUEL and MARTIN COHEN, individually and on behalf of all others similarly situated,

Plaintiff,

-v-

AMERICAN DRIVE-IN CLEANERS OF HEWLETT, INC., HOWARD MOREIDA, and HARRISON MOREIDA.,

Defendants.

-------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Matthew Cohen, Esq., an attorney duly-admitted to this Court, hereby appears as counsel to Defendants AMERICAN DRIVE-IN CLEANERS OF HEWLETT, INC., HOWARD MOREIDA, and HARRISON MOREIDA (collectively the "Defendants") in connection with the above-captioned action. Please forward all future correspondence and litigation documents to the attention of the undersigned.

Dated: Woodbury, New York
September 25, 2026

KAUFMAN DOLOWICH LLP
*Attorneys for Defendants*

Matthew Cohen, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
T: (516) 681-1100
F: (516) 681-1101
E: mcohen@kaufmandolowich.com