UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

DIANE L. SAMUEL and MARTIN COHEN, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

AMERICAN DRIVE-IN CLEANERS OF HEWLETT, INC., HOWARD MOREIDA, and HARRISON MOREIDA,

Defendants.

-----------------------------------------------------------------X

Case No. 26-cv-05347 (LGD)

**STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for Plaintiffs, Diane L. Samuel and Martin Cohen (collectively, the "Plaintiffs"), and the attorneys for Defendants, American Drive-In Cleaners of Hewlett, Inc., Howard Moreida, and Harrison Moreida (collectively, the "Defendants"), that Defendants' time to answer, move, or otherwise respond to Plaintiffs' Complaint, filed on August 28, 2026, is hereby extended until October 29, 2026;

**IT IS FURTHER STIPULATED AND AGREED** that Plaintiff Martin Cohen agrees to withdraw his Fair Labor Standards Act claim against Defendants;

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: Sept 24, 2026

MARLBOROUGH LAW FIRM, P.C.

By:____________________
Christopher Marlborough, Esq.
375 Sunrise Highway, Suite 3
Lynbrook, New York 11563
chris@marlboroughlawfirm.com
*Attorney for Plaintiffs*

Dated: September 24, 2026

KAUFMAN DOLOWICH, LLP

By:____________________
Keith Gutstein, Esq.
Matthew Cohen, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
kgutstein@kaufmandolowich.com
mcohen@kaufmandolowich.com
*Attorneys for Defendants*