KAUFMAN DOLOWICH

Kaufman Dolowich LLP
135 Crossways Park Drive, Suite 201
Woodbury, NY 11797

Telephone: 516.681.1100

www.kaufmandolowich.com

**Matthew Cohen, Esq.**
**mcohen@kaufmandolowich.com**

October 26, 2026

**VIA ECF**
Hon. Lee G. Dunst
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, NY 11722

**Re: Diane L. Samuel and Martin Cohen v. American Drive-In Cleaners of Hewlett, Inc., Howard Moreida, and Harrison Moreida**
**Case No. 26-cv-05347 (LGD)**

Dear Magistrate Judge Dunst:

We represent Defendants American Drive-In Cleaners of Hewlett, Inc., Howard Moreida, and Harrison Moreida (collectively, the "Defendants") in the above-referenced matter.

On September 25, 2026, we filed a Stipulation signed by counsel for all parties pursuant to which the parties agreed that: (i) Defendants' time to respond to Plaintiffs' Complaint was extended until October 29, 2026; and (ii) Plaintiff Martin Cohen withdrew his Fair Labor Standards Act ("FLSA") claim against Defendants. This Stipulation was filed on ECF as Doc. No. 17 as an "Amended MOTION for Extension of Time to file Response/Reply *to Plaintiffs' Complaint and Withdraw Plaintiff Martin Cohen's FLSA claim*." In response, on September 28, 2026, Your Honor issued an Order "granting 17 Motion for Extension of Time to File Response/Reply" but there was no reference in this Order to the withdrawal of Plaintiff Martin Cohen's FLSA claim against Defendants. As such, we write to respectfully confirm that when Your Honor granted Doc. No. 17, Plaintiff Martin Cohen's FLSA claim against Defendants was officially withdrawn as well.

Respectfully Submitted,
Kaufman Dolowich LLP

Matthew Cohen

cc: All Counsel of Record (via ECF)