UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

DIANE L. SAMUEL and MARTIN COHEN, individually and on behalf of all others similarly situated,

Plaintiffs,

-against-

AMERICAN DRIVE-IN CLEANERS OF HEWLETT, INC., HOWARD MOREIDA, and HARRISON MOREIDA,

Defendants.

---------------------------------------------------------------------X

Case No.: 26-cv-05347 (LGD)

**DEFENDANT AMERICAN DRIVE-IN CLEANERS OF HEWLETT, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AMERICAN DRIVE-IN CLEANERS OF HEWLETT, INC., by and through its undersigned counsel, Kaufman Dolowich LLP, hereby discloses that Defendant American Drive-In Cleaners of Hewlett, Inc. has no parent corporation and that there is no publicly held corporation that owns 10% or more of Defendant American Drive-In Cleaners of Hewlett, Inc.'s stock.

Dated: Woodbury, New York
October 29, 2026

**Kaufman Dolowich, LLP**

By: ______________________________

Matthew Cohen, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Phone: (516) 283-8708
MCohen@kaufmandolowich.com
*Attorneys for Defendants*